IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES WILLIAMS BEY, | |
| Plaintiff, | CIVIL ACTION NO. 10-CV-02597 |
| v. | (JUDGE CAPUTO) |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al., | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

### ORDER

**NOW**, this 2nd day of February, 2017, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 123) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Mehalchick's Report and Recommendation (Doc. 123) is **ADOPTED in its entirety**.

(2) Defendants' Supplemental Motion for Summary Judgment (Doc. 113) is **DENIED**.

(8) The matter is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge